Frank A. Blair et al., v. Michael H. Hickey et al. On Appeal of Tressie O. Hickey (Cross-complainant) Appellant, v. Frank A. Blair et al., Appellees.

Gen. No. 18,398.

MORTGAGES—*when cross-bill may be dismissed.* On suit to foreclose a trust deed given to secure a loan, dismissal of a cross-bill alleging payment after a demurrer is filed thereto is proper when payment could have been shown under the answer.

Appeal from the Superior Court of Cook county; the Hon. THEO-
DORE BRENTANO, Judge, presiding.   Heard in the Branch Appellate
Court at the March term, 1912.   Affirmed.   Opinion filed May 9,
1913.

FRANK P. REYNOLDS, for appellant.

No appearance for appellees.

MR. PRESIDING JUSTICE CLARK delivered the opinion
of the court.

The appellees filed a bill of complaint against
Michael H. Hickey and his wife, Tressie O. Hickey,
the appellant, seeking to foreclose a trust deed given
to secure a loan for $10,000.   Answers were filed by
Hickey and the appellant.   Thereafter the appellant
filed a cross-bill alleging payment of the indebtedness
prior to the filing of the original bill, and asking that
the indebtedness be declared paid and satisfied and
"said trust deed be declared a cloud upon the inchoate
right of dower" of appellant in the premises.   To this
cross-bill a demurrer was filed and sustained, and from
a decree dismissing the cross-bill the appeal is taken.

The decree was proper.   The appellant could have
shown under her answer to the original bill that the
amount claimed therein to be due upon the notes and
trust deeds securing the same had been paid, and no
cross-bill was necessary.

*Affirmed.*